■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEREMIAH R. HERMAN, Appellant. [946 NYS2d 882]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Kahn, J.), imposed January 18, 2011, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Mastro, A.P.J., Skelos, Leventhal, Austin and Cohen, JJ., concur.